UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

GAME GOBLINS, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/2/2022_

22 Civ. 7367 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 30, 2022, the Court directed the parties to file a joint letter and case management plan by October 31, 2022. ECF No. 7. That submission is now overdue. Accordingly, by **November 9, 2022**, the parties shall file a joint letter and case management plan.

SO ORDERED.

Dated: November 2, 2022
      New York, New York

                                                    ANALISA TORRES
                                         United States District Judge