UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated

            Plaintiff,

-against-

GAME GOBLINS, LLC,

           Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/2/2022
```

22 Civ. 7367 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 22, 2022, the Court ordered the parties to submit a joint letter stating their preferred alternative dispute resolution mechanism by November 29, 2022. ECF No. 16 at ¶ 14. That submission is now overdue. Accordingly, by **December 9, 2022**, the parties shall file a joint letter stating their preferred alternative dispute resolution mechanism.

    SO ORDERED.

Dated: December 2, 2022
       New York, New York

ANALISA TORRES
United States District Judge