```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/9/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,

           Plaintiff,

-against-

GAME GOBLINS, LLC,

           Defendant.

22 Civ. 7367 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 14, 2022, the Court granted Defendant's request to file a motion to dismiss and ordered Defendant to file its motion by January 4, 2023. ECF No. 14. That submission is now overdue. Accordingly, by **January 17, 2023**, Defendant shall file its motion. By **February 7, 2023**, Plaintiff shall file his opposition. By **February 21, 2023**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: January 9, 2023
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge