UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,

                          Plaintiff,

                -against-

GAME GOBLINS, LLC,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __2/13/2023__

22 Civ. 7367 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference scheduled for February 16, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: February 13, 2023
       New York, New York

ANALISA TORRES
United States District Judge