```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/21/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

GAME GOBLINS, LLC,

        Defendant.

22 Civ. 7367 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: November 21, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge